# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

August 15, 2025

CL-2025-0440

Ex parte B.J.T. and H.J.T. PETITION FOR WRIT OF MANDAMUS (In re: In the matter of C.J.T.) (Calhoun Juvenile Court: JU-23-141.01).

CL-2025-0441

Ex parte B.J.T. and H.J.T. PETITION FOR WRIT OF MANDAMUS (In re: In the matter of C.J.T.) (Calhoun Juvenile Court: JU-23-141.02).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Bowden, JJ., concur.

Seth P. Rhodebeck, Clerk